```
JULES A. EPSTEIN, P.C.
Jules A. Epstein, Esq. (JE-5177)
600 Old Country Road, Suite 505
Garden City, NY 11530
516-745-1325 (phone)
516-222-1499 (fax)
Attorney for Defendant
David Gottdenger
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

AMERICAN GENERAL LIFE INSURANCE COMPANY,

        Plaintiff,

- against -

DAVID GOTTDENGER,

        Defendant.

---------------------------------X

Case No: 08-4887
(Vitaliano, J.)

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)**

Defendant hereby makes the following initial disclosures pursuant to FRCP Rule 26(a)(1). These disclosures are made to the best of Defendant's knowledge at the time of service. Defendant reserves the right to supplement these disclosures at any time should additional information become available.

**A.** **Individuals Likely to Have Discoverable Information and the Subject of that Information**.

    1.    David Gottdenger, 390 Berry Street, Brooklyn, NY 11211.

    2.    Simon Spira, 23 Lenore Avenue, Munsey, NY 10952.

    3.    Aaron Azrylewitz, address unknown.

**B.    Description by Category and Location of Documents.**

    1.   Application for life insurance and related instruments and documents.  2005 Policy and 2006 Policy are in Plaintiff's possession.

    2.   Upon information and belief, medical records pertaining to Diane Spira are in the possession of the healthcare providers identified in the applicable for life insurance.

    3.   The Agent Agreement is in the possession of both parties.

    4.   Financial records relating to Diana Spira are, upon information and belief, in the possession of Simon Spira and Aaron Azrylewitz.

    5.   Internal underwriting, protocals, guidelines, manuals, brochures, rules and regulations are in Plaintiff's possession.

**C.    Computation of Damages by Category**

    Not applicable.

**D.    Insurance Agreement Available to Satisfy All or Part of a Judgment**

    Not applicable.

Dated:    Garden City, New York
            June 25, 2009

                                  /s/ Jules A. Epstein
                                  By: Jules A. Epstein (JE-5177)
                                  Jules A. Epstein, P.C.
                                  Attorney for Defendant
                                  600 Old Country Road, Suite 505
                                  Garden City, NY 11530
                                  (516) 745-1325

TO:   Robert P. Lesko, Esq.
       Wilson Elser Moskowitz Edelman & Dicker
       33 Washington Street
       Newark, NJ 07102
       973-624-0800

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

NANCYJEAN BROMM, being duly sworn, deposes and says:

Deponent is not a party to the action, is over eighteen (18) years of age and resides in Islip, New York.

On June 25, 2009 deponent served the within via first class mail, depositing a true copy of the **DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)** thereof enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

> Robert P. Lesko, Esq.
> Wilson Elser Moskowitz Edelman & Dicker
> 33 Washington Street
> Newark, NJ 07102
> 973-624-0800

                                    /s/ NancyJean Bromm
                                    NANCYJEAN BROMM

Sworn to before me this
25th day of June, 2009

/s/ Jules A. Epstein
Jules A. Epstein
Notary Public, State of New York
No. 4663760
Qualified in Nassau County
Commission Expires July 1, 2010

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Case #08-4887
_____

AMERICAN GENERAL LIFE INSURANCE COMPANY,                Plaintiff,

                    - against -

DAVID GOTTDENGER,                                       Defendant.
_____
```

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)(1)**
_____

**JULES A. EPSTEIN, P.C.**
**Attorney for Defendant**
**600 Old Country Road, Suite 505**
**Garden City, NY 11530**
**(516) 745-1325**
**(516) 222-1499 (Fax)**

_____

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:_____     Signature____/s/ Jules A. Epstein____

                                 Print Signer's Name___JULES A. EPSTEIN___
_____
Service of a copy of the within                          is hereby admitted

*Dated,*                         ................................................
                                        Attorney(s) for Defendants
_____

SIR:   PLEASE TAKE NOTICE

*NOTICE     OF*      that the within is a (certified) true copy of a   entered in
*ENTRY*              the office of the clerk of the within named Court on    2009

*NOTICE     OF*      that an Order of which the within is a true copy will be
*SETTLEMENT*         presented for settlement to the                  one of the
                     judges of the within named Court, at 100 Supreme Court Drive,
                     Mineola, NY   on              , at 9:30   A. M.

*Dated:*             Yours, etc.,
                     Jules A. Epstein, P.C.
                     Attorney for Defendant
                     600 Old Country Road, Suite 505
                     Garden City, NY 11530
                     (516) 745-1325
                     (516) 222-1499 (Fax)